Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−34842−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Krista L Williams
   921 Spray Avenue
   Beachwood, NJ 08722

Social Security No.:
   xxx−xx−3408

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             5/16/18
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 12, 2018
JAN: pbf

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 17-34842-CMG
Krista L Williams                                                   Chapter 13
       Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2            Date Rcvd: Apr 12, 2018
                               Form ID: 132             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2018.
db            +Krista L Williams,    921 Spray Avenue,    Beachwood, NJ 08722-4521
517222085     +American Express,    PO Box 1270,   Newark, NJ 07101-1270
517222086     +American Express Legal,    500 North Franklin Turnpike,    PO Box 278,   Ramsey, NJ 07446-0278
517222089    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 982238,    El Paso, TX 79998)
517449699     +Bank of America,    Credit Control, LLC,    POB 546,   Hazelwood, MO 63042-0546
517222088      Bank of America,    PO Box 660402,   Dallas, TX 75266-0402
517222092     +CBNA,   PO Box 9001010,    Louisville, KY 40290-1010
517222091     +Capital One Bank USA,    PO Box 30253,   Salt Lake City, UT 84130-0253
517222094     +Comenity Bank-Victoria Secret,    PO Box 182789,    Columbus, OH 43218-2789
517222095     +Comenity-Capital Bank,    Bankruptcy Department,    PO Box 183043,   Columbus, OH 43218-3043
517222096      Comenity-Good Sam/Camping World,    PO Box 659820,    San Antonio, TX 78265-9120
517222099     +Credit Control, LLC,    PO Box 248,   Hazelwood, MO 63042-0248
517222098      Credit Control, LLC,    PO Box 546,   Hazelwood, MO 63042-0546
517222101     +Ditech,   PO Box 7169,    Pasadena, CA 91109-7169
517222104     +EZ Pass DE,    22-24 West Loockerman Street,    Dover, DE 19904-7324
517222105     +EZ Pass NJ,    P.O. Box 4973,   Trenton, NJ 08650-4973
517222106      EZ Pass PA,    PO Box 67676,   Harrisburg, PA 17106-7676
517222107     +Firstsource Advantage, LLC,    205 Bryant Woods South,    PO Box 628,   Buffalo, NY 14228-3609
517222108     +Home Depot Consumer Credit Card,    c/o Citi,    PO Box 790345,   Saint Louis, MO 63179-0345
517222110      Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
517222112      Northstar Location Services, LLC,    4285 Genesee St,    Attn: Financial Services Dept.,
                Cheektowaga, NY 14225-1943
517222113      Ocwen Loan Servicing, LLC,    P.O. Box 24781,    Attn: Bankruptcy Dept.,
                West Palm Beach, FL 33416-4781
517222114     +Orthopaedic Institute of NJ,    226 Route 37 West,    Toms River, NJ 08755-8047
517222116     +Robert L. Baroska III,    Hayt Hayt & Landau LLC,    2 Industrial Way West,   PO Box 500,
                Eatontown, NJ 07724-0500
517279730    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of NJ,    POB 245,   Trenton, NJ 08695-0245)
517222117     +Superior Court of NJ,    Special Civil Part,    c/o Glenn Mass, Court Officer,   PO B ox 312,
                Toms River, NJ 08754-0364
517222119      TD Bank/Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
517222120     +United Collection Bureau, Inc.,    PO Box 1116,    Maumee, OH 43537-8116
517222121     +Urology Associates of Ocean County PA,     9 Hospital Dr,   Toms River, NJ 08755-6425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 23:40:32      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 23:40:29      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517222087      E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 12 2018 23:40:40
                American Honda Finance Corporation,    20800 Madrona Ave,   Torrance, CA 90503
517222084     +E-mail/Text: ally@ebn.phinsolutions.com Apr 12 2018 23:39:52      Ally Financial,   P.O. Box 951,
                Horsham, PA 19044-0951
517222093     +E-mail/Text: jsanders@cksfin.com Apr 12 2018 23:40:25      CKS Financial,   P.O. BOX 2856,
                Chesapeake, VA 23327-2856
517222090     +E-mail/Text: WFB.Bankruptcy@cabelas.com Apr 12 2018 23:41:31      Cabelas,   1 Cabela Dr.,
                Sidney, NE 69160-0001
517222097     +E-mail/Text: ebn@barnabashealth.org Apr 12 2018 23:40:57      Community Medical Center,
                99 Highway 37 West,    Toms River, NJ 08755-6423
517222100      E-mail/Text: mrdiscen@discover.com Apr 12 2018 23:39:53      Discover Bank,
                c/o Discover Products Inc.,    6500 New Albany Road,   New Albany, OH 43054
517222103      E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2018 23:40:16      Ditech Financial LLC,
                PO Box 6172,   Rapid City, SD 57709-6172
517222102      E-mail/Text: bankruptcy.bnc@ditech.com Apr 12 2018 23:40:16      Ditech Financial LLC,
                PO Box 6154,   Attn: Bankruptcy Notices,    Rapid City, SD 57709-6154
517279729     +E-mail/Text: cio.bncmail@irs.gov Apr 12 2018 23:40:10      IRS,   2970 Market St.,
                Mail Stop 50Q30-133,    Philadelphia, PA 19104-5002
517222109     +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Apr 12 2018 23:41:47
                JH Portfolio Debt Equities,    5757 Phantom Drive,   Suite 225,   Hazelwood, MO 63042-2429
517222111      E-mail/Text: camanagement@mtb.com Apr 12 2018 23:40:18      M&T Bank,   PO Box 62085,
                Baltimore, MD 21264
517222115      E-mail/Text: bankruptcynotices@psecu.com Apr 12 2018 23:41:11
                Pennsylvania State Employees Credit Unio,    PO Box 67013,   Harrisburg, PA 17106-7013
517222118     +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 23:42:33      SYNCB/Lowe's Credit Card,
                PO Box 530914,    Atlanta, GA 30353-0914
517222122      E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 23:42:50      Walmart/Synchrony Bank,
                PO Box 530927,    Atlanta, GA 30353-0927
517222123     +E-mail/Text: bnc-bluestem@quantum3group.com Apr 12 2018 23:41:10       WebBank/DFS,
                215 South State Street, Suite 1000,    Dell Preferred Account,   Salt Lake City, UT 84111-2336
                                                                                              TOTAL: 17
```

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: Apr 12, 2018
                               Form ID: 132             Total Noticed: 46
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517449698*      +Ditech,   POB 7169,   Pasadena, CA 91109-7169
517449696*       Ditech Financial LLC,    PO Box 6172,   Rapid City, SD 57709-6172
517449697*       Ditech Financial LLC,    PO Box 6154,   Attn:  Bankruptcy Notices,    Rapid City, SD 57709-6154
517449695*       Ocwen Loan Servicing, LLC,    P.O. Box 24781,   Attn:  Bankruptcy Dept.,
                 West Palm Beach, FL 33416-4781
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Donald F. Campbell, Jr.    on behalf of Debtor Krista L Williams dcampbell@ghclaw.com,
               r59170@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                       TOTAL: 5