UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: Krista L. Williams | Case No.: 17-34842 |
| --- | --- |
| | Judge: CMG |
| | Chapter: 13 |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Krista L. Williams _____, debtor in the above captioned case request the Court issue a discharge on my behalf. As such I hereby certify as follows:

1. All payments required to be made by me to the standing trustee under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification, or

   ☐ I am required to pay domestic support obligations, but have not paid all amounts due pursuant to court order or statute as of the date of this certification.

3. My current address is: 921 Spray Avenue, Beachwood, NJ 08722

4. The name and address of my current employer is (enter NONE if not currently employed):
   Ann Mozingo DMD: 240 Mathistown Rd Ste 214 Little Egg Harbor Twp, NJ 08087
   Wednesdays at Adam Rosenberg DDS 495 Iron Bridge Rd Ste 9 Freehold, NJ 07728

I certify under penalty of perjury that the foregoing is true and correct.

Date: 6/12/23

Debtor's Signature

NOTE: Each debtor in a joint case must file separate Certifications in Support of Discharge.

Rev. 1/1/08