**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Krista L Williams<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3408<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–34842–CMG | |

## Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Krista L Williams

<u>6/16/23</u>                                                                                **By the court:** <u>Christine M. Gravelle</u>
                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Krista L Williams  
    Debtor

Case No. 17-34842-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jun 16, 2023      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Krista L Williams, 921 Spray Avenue, Beachwood, NJ 08722-4521 |
| 517222086 | + | American Express Legal, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 517222088 | | Bank of America, PO Box 660402, Dallas, TX 75266-0402 |
| 517449699 | + | Bank of America, Credit Control, LLC, POB 546, Hazelwood, MO 63042-0546 |
| 517476361 | + | Bank of America, N.A., PO Box 21785, Tampa, FL 33622-1785 |
| 517222099 | + | Credit Control, LLC, PO Box 248, Hazelwood, MO 63042-0248 |
| 517222101 | + | Ditech, PO Box 7169, Pasadena, CA 91109-7169 |
| 517222103 | | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 517574753 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517222102 | | Ditech Financial LLC, PO Box 6154, Attn: Bankruptcy Notices, Rapid City, SD 57709-6154 |
| 517222104 | + | EZ Pass DE, 22-24 West Loockerman Street, Dover, DE 19904-7324 |
| 517222106 | | EZ Pass PA, PO Box 67676, Harrisburg, PA 17106-7676 |
| 517222114 | + | Orthopaedic Institute of NJ, 226 Route 37 West, Toms River, NJ 08755-8047 |
| 517222116 | + | Robert L. Baroska III, Hayt Hayt & Landau LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 517279730 | | State of NJ, POB 245, Trenton, NJ 08695-0245 |
| 517222117 | + | Superior Court of NJ, Special Civil Part, c/o Glenn Mass, Court Officer, PO B ox 312, Toms River, NJ 08754-0364 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 16 2023 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 16 2023 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517222087 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 16 2023 20:45:00 | American Honda Finance Corporation, 20800 Madrona Ave, Torrance, CA 90503 |
| 517222084 | + | EDI: GMACFS.COM | Jun 17 2023 00:37:00 | Ally Financial, P.O. Box 951, Horsham, PA 19044-0951 |
| 517222085 | + | Email/PDF: bncnotices@becket-lee.com | Jun 16 2023 20:46:50 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 517481048 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2023 20:46:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517222089 | + | EDI: BANKAMER.COM | Jun 17 2023 00:37:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 517222092 | + | EDI: CITICORP.COM | Jun 17 2023 00:37:00 | CBNA, PO Box 9001010, Louisville, KY 40290-1010 |

Case 17-34842-CMG   Doc 85   Filed 06/18/23   Entered 06/19/23 00:14:45   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| 517222093 | + | EDI: CKSFINANCIAL.COM | Jun 17 2023 00:38:00 | CKS Financial, P.O. BOX 2856, Chesapeake, VA 23327-2856 |
| 517222098 | | Email/Text: correspondence@credit-control.com | Jun 16 2023 20:44:00 | Credit Control, LLC, PO Box 546, Hazelwood, MO 63042-0546 |
| 517222090 | + | EDI: CAPITALONE.COM | Jun 17 2023 00:37:00 | Cabelas, 1 Cabela Dr., Sidney, NE 69162-3028 |
| 517222091 | + | EDI: CAPITALONE.COM | Jun 17 2023 00:37:00 | Capital One Bank USA, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517222094 | + | EDI: WFNNB.COM | Jun 17 2023 00:37:00 | Comenity Bank-Victoria Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 517222095 | + | EDI: WFNNB.COM | Jun 17 2023 00:37:00 | Comenity-Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 517222096 | | EDI: WFNNB.COM | Jun 17 2023 00:37:00 | Comenity-Good Sam/Camping World, PO Box 659820, San Antonio, TX 78265-9120 |
| 517222097 | + | Email/Text: ebn@rwjbh.org | Jun 16 2023 20:45:00 | Community Medical Center, 99 Highway 37 West, Toms River, NJ 08755-6423 |
| 517222100 | | EDI: DISCOVER.COM | Jun 17 2023 00:37:00 | Discover Bank, c/o Discover Products Inc., 6500 New Albany Road, New Albany, OH 43054 |
| 517222105 | + | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 16 2023 20:44:00 | EZ Pass NJ, P.O. Box 4973, Trenton, NJ 08650-4973 |
| 517222107 | + | Email/Text: crdept@na.firstsource.com | Jun 16 2023 20:45:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, PO Box 628, Buffalo, NY 14228-3609 |
| 517222108 | + | EDI: CITICORP.COM | Jun 17 2023 00:37:00 | Home Depot Consumer Credit Card, c/o Citi, PO Box 790345, Saint Louis, MO 63179-0345 |
| 517279729 | + | EDI: IRS.COM | Jun 17 2023 00:37:00 | IRS, 2970 Market St., Mail Stop 50Q30-133, Philadelphia, PA 19104-5002 |
| 517222109 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 16 2023 20:45:00 | JH Portfolio Debt Equities, 5757 Phantom Drive, Suite 225, Hazelwood, MO 63042-2429 |
| 517222110 | | Email/Text: govtaudits@labcorp.com | Jun 16 2023 20:44:00 | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519938794 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 20:46:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519938795 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 20:46:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding, LLC, Resurgent Capital Services 29603-0587 |
| 517222111 | | Email/Text: camanagement@mtb.com | Jun 16 2023 20:44:00 | M&T Bank, PO Box 62085, Baltimore, MD 21264 |
| 517547497 | + | Email/Text: camanagement@mtb.com | Jun 16 2023 20:44:00 | M&T Bank, PO Box 1508, Buffalo, New York 14240-1508 |
| 518586002 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2023 20:45:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV, 84119-3284 |
| 518586001 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2023 20:45:00 | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518173351 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 16 2023 20:44:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0675, New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518173350 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 16 2023 20:44:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517222112 | ^ | MEBN | Jun 16 2023 20:38:19 | Northstar Location Services, LLC, 4285 Genesee St, Attn: Financial Services Dept., Cheektowaga, |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: 3180W | Total Noticed: 56 |

| | | | | |
|---|---|---|---|---|
| | | | | NY 14225-1943 |
| 517222113 | | EDI: LCIPHHMRGT | Jun 17 2023 00:37:00 | Ocwen Loan Servicing, LLC, P.O. Box 24781, Attn: Bankruptcy Dept., West Palm Beach, FL 33416-4781 |
| 517222115 | | Email/Text: bankruptcynotices@psecu.com | Jun 16 2023 20:45:00 | Pennsylvania State Employees Credit Unio, PO Box 67013, Harrisburg, PA 17106-7013 |
| 517525446 | | EDI: Q3G.COM | Jun 17 2023 00:38:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517222118 | + | EDI: RMSC.COM | Jun 17 2023 00:37:00 | SYNCB/Lowe's Credit Card, PO Box 530914, Atlanta, GA 30353-0914 |
| 517222119 | | EDI: WTRRNBANK.COM | Jun 17 2023 00:37:00 | TD Bank/Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517222120 | + | Email/Text: BAN1116@UCBINC.COM | Jun 16 2023 20:44:00 | United Collection Bureau, Inc., PO Box 1116, Maumee, OH 43537-8116 |
| 517222122 | | EDI: RMSC.COM | Jun 17 2023 00:37:00 | Walmart/Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 517222123 | + | Email/Text: bankruptcy@webbank.com | Jun 16 2023 20:44:00 | WebBank/DFS, 215 South State Street, Suite 1000, Dell Preferred Account, Salt Lake City, UT 84111-2336 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517449698 | *+ | Ditech, POB 7169, Pasadena, CA 91109-7169 |
| 517449697 | * | Ditech Financial LLC, PO Box 6154, Attn: Bankruptcy Notices, Rapid City, SD 57709-6154 |
| 517449696 | * | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 517449695 | * | Ocwen Loan Servicing, LLC, P.O. Box 24781, Attn: Bankruptcy Dept., West Palm Beach, FL 33416-4781 |
| 517222121 | ##+ | Urology Associates of Ocean County PA, 9 Hospital Dr, Toms River, NJ 08755-6425 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | |

| | |
|---|---|
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Denise E. Carlon | |
| | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Donald F. Campbell, Jr. | |
| | on behalf of Debtor Krista L Williams dcampbell@ghclaw.com 4433@notices.nextchapterbk.com |
| Phillip Andrew Raymond | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Sean M. O'Brien | |
| | on behalf of Creditor BANK OF AMERICA N.A. DMcDonough@flwlaw.com |
| Shauna M Deluca | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com hllawpc@gmail.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8